# **EXHIBIT A**



US00D493966S1

## (12) United States Design Patent
### Rach

(10) Patent No.: **US D493,966 S**
(45) Date of Patent: ★★ **Aug. 10, 2004**

(54) **OTTOMAN**

(75) Inventor: **Bryan W. Rach**, Winnipeg (CA)

(73) Assignee: **Palliser Furniture Ltd.**, Winnipeg (CA)

(**) Term: **14 Years**

(21) Appl. No.: **29/189,211**

(22) Filed: **Aug. 29, 2003**

(51) LOC (7) Cl. .................................................. **06-01**
(52) U.S. Cl. ..................................................... **D6/349**
(58) Field of Search .......................... D6/349–353, 336; 297/461, 462, 181, 423.1, 423.39, 423.41, 188.01, 188.08, 188.11

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D253,377 S | * 11/1979 | Spound et al. | D6/352 |
| D253,378 S | * 11/1979 | Spound et al. | D6/349 |
| D265,529 S | *  7/1982 | Mascheroni    | D6/352 |
| 4,883,317 A | * 11/1989 | Davenport    | 297/188.1 |
| 6,145,931 A | * 11/2000 | Subotic      | 297/423.2 |

* cited by examiner

Primary Examiner—Janice Seeger
(74) Attorney, Agent, or Firm—Clifford W. Browning; Woodard, Emhardt, Moriarty, McNett & Henry LLP

(57) **CLAIM**

The ornamental design for an ottoman, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an ottoman embodying my design;
FIG. 2 is a left side view of the ottoman of FIG. 1;
FIG. 3 is a front view of the ottoman of FIG. 1;
FIG. 4 is a right side view of the ottoman of FIG. 1;
FIG. 5 is a rear view of the ottoman of FIG. 1;
FIG. 6 is a plan view of the ottoman of FIG. 1;
FIG. 7 is a rear view of an alternate embodiment of my design;
FIG. 8 is a rear perspective view of the design of FIG. 7, with a drawer shown in a closed position; and,
FIG. 9 is a rear perspective view of the design of FIG. 7, with a drawer shown in an open position.

**1 Claim, 3 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3



FIG. 4



FIG. 6



FIG. 5

Case 1:08-cv-00743-JAB-PTS   Document 1-2   Filed 10/15/08   Page 4 of 5

